LAKE COUNTY BAR ASSOCIATION *v.* WALKER.

[Cite as Lake Cty. Bar Assn. *v.* Walker (1985), 17 Ohio St. 3d 144.]

(D.D. No. 84-43—Decided May 29, 1985.)

*Paul LaPlante, Keith B. DuBott* and *Geoffrey C. Hanahan,* for relator.
*Sindell, Sindell & Rubenstein* and *Joseph C. Domiano,* for respondent.

*Per Curiam.* Upon careful review of the record we find that respondent's conduct violated the Disciplinary Rules, but the conflicting evidence in this case supports only a one-year suspension.

Accordingly, it is the order of this court that respondent be suspended from the practice of law for one year.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.